IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**                                            **RESPONDENT**

v.                                 No. 4:13-cr-40004
                                  No. 4:14-cv-4060

**CRISTIANA NOEL DUBON-DELAO**                                **MOVANT**

## ORDER

Movant, a Defendant in this criminal matter, has submitted her Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF No. 26. The Court has reviewed the Motion and finds the Government should respond.

**IT IS HEREBY ORDERED** that the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion within sixty (60) days of the date of this Order. The Government is directed to address the issue of the timeliness of the Motion in its response.

**ENTERED** this **10th day of April 2014.**

                                                           /s/ Barry A. Bryant
                                                           HON. BARRY A. BRYANT
                                                           UNITED STATES MAGISTRATE JUDGE