IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

v.                    Case Nos. 13-40004; 14-04060

CHRISTIAN NOEL DUBON-DELAO                   DEFENDANT/PETITIONER

## ORDER

Before the Court is the Report and Recommendation filed January 27, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 42). Judge Bryant recommends that Defendant's Motion to Vacate, Set Aside or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 26) be dismissed for lack of jurisdiction because Defendant has been released from custody and has fully served his sentence. *See* 28 U.S.C. § 2255; *see also Maleng v. Cook*, 490 U.S. 488, 492, 109 S.Ct. 1923, 104 L.Ed2d 540 (1989). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's motion is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of October, 2016.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge